**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**MOMAX, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**36-3804953** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**3605 Woodhead Drive**<br>**Northbrook, IL 60062** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:  **Cook** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1310 Hilary Lane**<br>**Highland Park, IL 60035** | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ☐ Individual(s)   ☐ Railroad<br>■ Corporation   ☐ Stockbroker<br>☐ Partnership   ☐ Commodity Broker<br>☐ Other_____   ☐ Clearing Bank | ■ Chapter 7   ☐ Chapter 11   ☐ Chapter 13<br>☐ Chapter 9   ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business   ■ Business | ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br> Must attach signed application for the court's consideration<br> certifying that the debtor is unable to pay fee except in installments.<br> Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br> 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

## Voluntary Petition
*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**MOMAX, INC.**

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X  **/s/ JOSEPH E. COHEN**
Signature of Attorney for Debtor(s)

**JOSEPH E. COHEN 3123243**
Printed Name of Attorney for Debtor(s)

**COHEN & KROL**
Firm Name

**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602**
Address

**312-368-0300  Fax: 312-368-4559**
Telephone Number

**August 22, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Fred W. Resnick**
Signature of Authorized Individual

**Fred W. Resnick**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 22, 2005**
Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)          Date

### Exhibit C
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:



If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

Form B6D
(12/03)

In re   **MOMAX, INC.**                                              ,   Case No. _____

Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **13967773** | | | **First Mortgage** | | | | | |
| **LITTON LOAN SERVICES** **4828 Loop Central Drive** **Houston, TX 77081** | X | - | **Residence located at** **1310 Hilary Lane** **Highland Park, IL  60035** | | | | | |
| | | | Value $           **1,200,000.00** | | | | **799,200.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

____**0**____   continuation sheets attached

| | Subtotal (Total of this page) | **799,200.00** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **799,200.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

Form B6E
(04/05)

In re   **MOMAX, INC.**                                                                ,   Case No. _____
                                                  Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3), as amended by § 1401 of Pub L. 109-8.

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                         **0**    continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6F
(12/03)

In re    **MOMAX, INC.**                                                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **22266**<br><br>**A-AMERICAN CONTRACTORS**<br>**7847 N. Caldwell**<br>**Niles, IL 60714** | | - | | | **2004**<br>**Subcontractor** | | | | 4,054.00 |
| Account No. **MOMAOZ**<br><br>**AIR DAMP-PROOFING SERVICES, INC.**<br>**3102 Tollview Drive**<br>**Rolling Meadows, IL 60008-3704** | | - | | | **2004**<br>**Subcontractor** | | | | 1,295.00 |
| Account No.<br><br>**ALAN & KAREN WOJCIECHOWSKI**<br>**314 Normandy Lane**<br>**Grayslake, IL 60030** | | - | | | **05 SC 2478**<br>**Pending Lawsuit** | | X | X | Unknown |
| Account No. **04 M2-003433**<br><br>**ALLIED BUILDING PRODUCTS**<br>**Box 511**<br>**15 E. Union Avenue**<br>**East Rutherford, NJ 07073** | | - | | | **2004**<br>**Building Matieral** | | | | 36,741.93 |

__19__   continuation sheets attached

Subtotal
(Total of this page)                                                42,090.93

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                            S/N:29730-050728    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **MOMAX, INC.**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>**AMERICAN EXPRESS BUSINESS**<br>**P. O. Box 30799**<br>**Salt Lake City, UT 84130-0799** | - | | | 2004<br>Equipment Purchase | | | | 1,831.01 |
| Account No. **030 241 5689 001**<br><br>**AT&T**<br>**P. O. Box 9001309**<br>**Louisville, KY 40290-1309** | - | | | 2004<br>Long Distance Usage<br>Several Accounts | | | | 1,793.17 |
| Account No. **053 280 6868 001**<br><br>**AT&T**<br>**P. O. Box 9001309**<br>**Louisville, KY 40290-1309** | - | | | 2994<br>Long Distance | | | | 1,103.80 |
| Account No. **053 280 69800 001**<br><br>**AT&T**<br>**P. O. Box 9001309**<br>**Louisville, KY 40290-1309** | - | | | 2004<br>Long Distance<br>+Acct. 053 280 6670 001 | | | | 898.69 |
| Account No.<br><br>**AVALON PAINTING COMPANY**<br>**Chicago, IL** | - | | | 2004<br>Subcontractor | | | | 7,300.00 |

Sheet no. __1___ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **12,926.67**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **MOMAX, INC.** ,  Case No. _____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> **BANK FINANCIAL** <br> **Manager Exceptions** <br> **6415 W. 95th Street** <br> **Chicago Ridge, IL 60415** | - | | | | **2004** <br> **Overdraft** | | | X | <br><br><br><br> 26,323.80 |
| Account No. **111000000641530662** <br><br> **BANK ONE** <br> **c/o Plaza Associates** <br> **P. O. Box 18008** <br> **Hauppauge, NY 11788-8008** | - | | | | **2004** | | | X | <br><br><br> 1,200.00 |
| Account No. <br><br> **BOURBON TILE & MARBLE** <br> **Bourbon Tile, Inc.** <br> **270 Lexington Drive** <br> **Buffalo Grove, IL 60089** | - | | | | **2004** <br> **Subcontractor** | | | | <br><br><br><br> 12,700.00 |
| Account No. <br><br> **BP CONSTRUCTION & DEVELOPERS** <br> **4750 N. Milwaukee** <br> **Chicago, IL 60630** | - | | | | **2004** <br> **Subcontractor** | | | X | <br><br><br><br> 3,650.00 |
| Account No. **4984149312** <br><br> **BP FLEET - CITIBANK** <br> **P. O. Box 9076** <br> **Des Moines, IA 50368** | - | | | | **2004** <br> **Auto** | | | | <br><br><br><br> 4,306.09 |

Sheet no. __2__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

48,179.89

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re   **MOMAX, INC.**                                    ,   Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2004 Building Material | | | | |
| **CARLSON CUSTOM COUNTERTOPS** **3706 W. Oakton Street** **Skokie, IL 60076-3407** | - | | | | | | | | 1,467.18 |
| Account No. | | | | | 2004 Subcontractor | | | X | |
| **CARPET CENTRAL** **307 E. North Avenue** **Melrose Park, IL 60164** | - | | | | | | | | 22,761.00 |
| Account No. **2005 AR 000083** | | | | | | | | | |
| **CENTURY SUPPLY** **c/o Don Norton** **2789 Woodmeere Drive** **Darien, IL 60561** | - | | | | | | | | Unknown |
| Account No. **160460** | | | | | 2004 Building Material | | | | |
| **CENTURY TILE** **747 E. Roosevelt Road** **Lombard, IL 60148-4791** | - | | | | | | | | 11,138.37 |
| Account No. | | | | | | | | X | |
| **CICERO BELMONT CURRENCY EXCHANGE** **3202 N. Cicero** **Chicago, IL 60641** | - | | | | | | | | 45,700.00 |

Sheet no. __3__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

81,066.55

Form B6F - Cont.
(12/03)

In re    **MOMAX, INC.**                                                                    ,        Case No. _____
                                                                     Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**CITY OF HIGHLAND PARK**<br>**1707 St. Johns Avenue**<br>**Finance Department**<br>**Highland Park, IL 60035** | - | | | | **2004**<br>**Permit** | | | | 3,597.50 |
| Account No. **35298**<br><br>**COMMONWEALTH EDISON**<br>**Claims Dept. 4th Floor**<br>**Three Lincoln Centre**<br>**Oakbrook Terrace, IL 60181-4260** | - | | | | **2004**<br>**Repair of electrical damages** | | | | 1,446.98 |
| Account No. **1000076**<br><br>**COVERALL CLEANING CONCEPTS**<br>**13233 Collection Cener**<br>**Chicago, IL 60693** | | | | | **2004**<br>**Office Cleaning** | | | X | 690.00 |
| Account No. **05 M1-110182**<br><br>**CRAFTY BEAVER**<br>**4810 Oakton Street**<br>**Skokie, IL 60077** | - | | | | **2004**<br>**Building Materials** | | | | 8,000.00 |
| Account No.<br><br>**CROWN**<br>**1759 Elmhurst Road**<br>**Elk Grove Village, IL 60007** | - | | | | **2004**<br>**Dumpster** | | | X | 19,063.40 |

Sheet no. __4__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    32,797.88

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **MOMAX, INC.** ,                    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W JC | | | | | | |
| Account No.<br><br>**DAVID & KARYN OKON**<br>**1812 Apache Lane**<br>**Mount Prospect, IL 60056** | | - | | | **05 M2 00182**<br>**Pending Lawsuit** | | X | X | **Unknown** |
| Account No.<br><br>**DEAN BOTES**<br>**316 N. Pleasant Road**<br>**Lake Zurich, IL 60047** | | - | | | **2004**<br>**Architect Plans** | | | | **1,400.00** |
| Account No.<br><br>**DREXEL COMPANY**<br>**6720 S. 27th St.**<br>**Oak Creek, WI 53154** | | - | | | **2004**<br>**Building Materials** | | | X | **48,078.21** |
| Account No.<br><br>**DREXEL COMPANY**<br>**6720 S. 27th Street**<br>**Oak Creek, WI 53154** | | - | | | **2004**<br>**Building Material** | | | | **48,078.20** |
| Account No.<br><br>**EDWARD HINES LUMBER**<br>**5401 N. Wolcott**<br>**Chicago, IL 60640** | | - | | | **2004**<br>**Building Material** | | | | **5,138.66** |

Sheet no. __5__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **102,695.07**

Form B6F - Cont.
(12/03)

In re  **MOMAX, INC.** _____ ,   Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ERCOM RENOVATION**<br>**Andrzej Chonoszucho**<br>**3217 George Street**<br>**Franklin Park, IL 60131** | - | | **2004**<br>**Subcontractor** | | | X | 7,501.00 |
| Account No.<br><br>**FEDERAL EXPRESS**<br>**P. O. Box 332**<br>**Memphis, TN 38194-4741** | - | | **2004**<br>**Postage** | | | | 80.40 |
| Account No. 89513001<br><br>**FGMK**<br>**2801 Lakeside Drive**<br>**Third Floor**<br>**Bannockburn, IL 60015** | | | **2004**<br>**Professional Fees** | | | | 3,652.81 |
| Account No.<br><br>**FIRST DATA LEASING SOLUETIONS**<br>**P. O. Box 407092**<br>**Fort Lauderdale, FL 33340** | - | | **2004**<br>**Credit card processing** | | | | 976.19 |
| Account No.<br><br>**FREDERICK & JILL BALLWEG**<br>**ZIMBRIC**<br>**1148 Laurel Lane**<br>**Gurnee, IL 60031** | - | | **05 L 002733**<br>**Pending Lawsuit** | X | X | | Unknown |

Sheet no. __6__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          12,210.40

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **MOMAX, INC.** _____,    Case No. _____
                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**GARVEYS OFFICE** <br>**6001 Gross Point** <br>**Niles, IL 60714-4207** | - | | | **2004** <br>**Office Supplies** | | | | 668.06 |
| Account No. <br><br>**GRANITE EXPO** <br>**3912 W. McLean** <br>**Unit C** <br>**Chicago, IL 60647** | - | | | **2004** <br>**Subcontractor** | | | X | 13,470.82 |
| Account No. <br><br>**GROOT RECYCLING** <br>**2500 Landmierer Road** <br>**Elk Grove Village, IL 60007** | - | | | **2004** <br>**Dumpsters** | | | X | 17,414.25 |
| Account No. **05 M5-0633** <br><br>**HOME BUILDING SUPPLY** <br>**17532 Duvan Drive** <br>**Tinley Park, IL 60477** | - | | | **2004** <br>**Building Materials** | | | | 31,126.93 |
| Account No. **Numerous Accounts** <br><br>**HOME DEPOT** <br>**655 Lake Cook** <br>**Deerfield, IL 60015** | - | | | **2004** <br>**Building Materials** | | | | 22,744.72 |

Sheet no. __7___ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

85,424.78

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **MOMAX, INC.**                                                          ,        Case No. _____
                                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **HOMEMAKERS SUPPLY** 3415 N. Drake Chicago, IL 60618 | - | | | | 2004 Building Matrial | | | | 10,823.97 |
| Account No. **0117196345** **ICE MOUNTAIN** 2767 E. Imperial Highway Brea, CA 92821 | - | | | | 2004 | | | X | 753.66 |
| Account No. **IDES** Northern Region 260 E. Indian Trail Road Aurora, IL 60505-1733 | - | | | | 2004 | | | | 586.63 |
| Account No. **05 L 003259** **INTRACO BUILDERS** 1110 Heinz Drive Suite F East Dundee, IL 60118 | - | | | | 2004 Subcontractor | | | X | 5,640.80 |
| Account No. **JONATHAN & JENNIFER BUNTAIN** 9419 Monticello Evanston, IL 60203 | - | | | | 2005 L 001280 Pending Lawsuit | | X | X | Unknown |

Sheet no. __8__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  **17,805.06**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **MOMAX, INC.**                                                          ,        Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **05 M2-000223** | | | | | **2994** **Subcontractor** | | | | |
| **JUAN HERRERA, d/b/a J&H Drywall** **c/o James Richert CPC** **10723 W. 159th Street** **Orland Park, IL 60467** | - | | | | | | | X | 25,980.00 |
| Account No. | | | | | **2004** **Auto** | | | | |
| **JUST TIRES** **Credit Center** **P. O. Box 888** **Akron, OH 44309-0888** | - | | | | | | | | 167.31 |
| Account No. | | | | | **2004** **Subcontractor** | | | | |
| **KAPUSCIAK TODUSZ** **3040 N. Linder** **Chicago, IL** | - | | | | | | | | 2,428.00 |
| Account No. **04 M2-002895** | | | | | **2004** **Rent** | | | | |
| **KEY INVESTMENTS** **c/o Kovitz Shifrin Nesbit** **750 Lake Cook Rd., #350** **Buffalo Grove, IL 60089** | - | | | | | | | X | 761.60 |
| Account No. | | | | | **2004** **Subcontractor** | | | | |
| **KINNUCAN CO.** **28877 N. Nagel Court** **Lake Bluff, IL 60044** | - | | | | | | | | 1,706.17 |

Sheet no. __**9**___ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        | 31,043.08 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **MOMAX, INC.** ,                                        Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**KITCHEN DISTRIBUTORS OF AMERICA**<br>**751 N. Rohlwing Road**<br>**Addison, IL 60143** | - | | **2004**<br>**Building Material** | | | | **15,941.11** |
| Account No.<br><br>**KRW CONSULTING**<br>**1881 W. Commerce Drive**<br>**Suite 111**<br>**Elk Grove Village, IL 60007-2134** | - | | **2004**<br>**Engineering** | | | | **2,428.00** |
| Account No. **917**<br><br>**LEAK STOP ROOFING**<br>**21660 W. Old Barn Lane**<br>**Forest Lake, IL 60047** | - | | **2004**<br>**Subcontractor** | | | | **900.00** |
| Account No.<br><br>**LIBERTY MUTUAL**<br>**75 Remittance Drive**<br>**Suite 1837**<br>**Chicago, IL 60675-1839** | - | | **2004**<br>**Insurance** | | | | **376.77** |
| Account No.<br><br>**LIBERTY WASTE**<br>**24821 Gilmer Road**<br>**Mundelein, IL 60060** | - | | **2004**<br>**Dumpster** | | | | **368.50** |

Sheet no. __**10**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **20,014.38**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **MOMAX, INC.**                                                    ,       Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **05 L 000491** <br><br> **LOGAN SQUARE ALUMINUM SUPPLY, INC.** <br> **2500 N. Pulaski Road** <br> **Chicago, IL 60639-2116** | - | | | | | | **Unknown** |
| Account No. <br><br> **LUKE ROSSELAND** <br> **4642 W. Patterson** <br> **Chicago, IL 60641** | - | | **2004** <br> **Sales Commissions** | | X | X | **174,378.00** |
| Account No. **2916660** <br><br> **MAHONEY PLUMBING, INC.** <br> **501 Bank Lane** <br> **Highwood, IL 60040** | - | | **2004** <br> **Subcontractor** | | | | **1,641.87** |
| Account No. **Several Accounts** <br><br> **MENARD'S COLLECTION** <br> **P. O. Box 538** <br> **Eau Claire, WI 54702-0538** | - | | **2004** <br> **Building Material** | | | | **23,346.25** |
| Account No. <br><br> **MENARD'S, INC.** <br> **2300 W. Higgins Road** <br> **Hoffman Estates, IL 60195** | - | | **2004** <br> **Building Material** | | | | **5,636.36** |

Sheet no. __11__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **205,002.48**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **MOMAX, INC.**                                          ,    Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1490**<br><br>**MIDLAND BOARD UP**<br>**10300 S. Cicero Avenue**<br>**Suite 111**<br>**Oak Lawn, IL 60453** | - | | | **2004**<br>**Subcontractor** | | | | 924.00 |
| Account No. **000374**<br><br>**MUZAK**<br>**3318 Lakemont Blvd.**<br>**Fort Mill, SC 29708** | - | | | **2004**<br>**Mdse on hold** | | | | 1,461.32 |
| Account No. **22625487**<br><br>**NICOR GAS**<br>**P. O. Box 870**<br>**Aurora, IL 60507** | - | | | **Utilities** | | | X | 28.93 |
| Account No. **616-6125**<br><br>**NORMADEX, INC.**<br>**8450 S. Beford Road**<br>**Macedonia, OH 44056** | - | | | **2004**<br>**Building Material** | | | | 1,651.99 |
| Account No.<br><br>**NORTHWEST BUILDER HARDWARE, INC.**<br>**711 South Lake Street**<br>**Mundelein, IL 60060** | - | | | **2004**<br>**Building Material** | | | | 37.97 |

Sheet no. __12__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,104.21

Form B6F - Cont.
(12/03)

In re   **MOMAX, INC.**                                    , Case No. _____
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**NORTHWEST INSULATION**<br>**1615 Dundee**<br>**Unit 1**<br>**Elgin, IL 60120** | - | | **2004**<br>**Subcontractor** | | | | 6,352.00 |
| Account No.<br><br>**OFFICE DEPOT**<br>**P. O. Box 9020**<br>**Des Moines, IA 50368-9020** | - | | **2004**<br>**Office Supplies** | | | | 1,003.65 |
| Account No. **6011 5835 2066 5000**<br><br>**OFFICE MAX**<br>**P. O. Box 689020**<br>**Des Moines, IA 50368-9020** | - | | **2004**<br>**Office Supplies** | | | | 550.35 |
| Account No.<br><br>**OFFICE OF THE ATTORNEY**<br>**GENERAL**<br>**c/o Adam Sokol**<br>**100 W. Randolph St., 12th Floor**<br>**Chicago, IL 60601** | - | | **2005**<br>**Pending consumer fraud action** | | X | X | 2,500,000.00 |
| Account No.<br><br>**PACIFIC LIFE**<br>**4064 Colony Road**<br>**Charlotte, NC 28211** | - | | **2004**<br>**Insurance** | | | | 950.65 |

Sheet no. __13__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,508,856.65**

Form B6F - Cont.
(12/03)

In re   **MOMAX, INC.** _____,   Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**PATRICK & JENNIFER CUNNINGHAM**<br>**11761 Winding Trails Drive**<br>**Willow Springs, IL 60480** | - | | | | **04 M1 186526**<br>**Pending Lawsuit** | | X | X | **Unknown** |
| Account No. **0052-9534**<br><br>**PAYCHEX**<br>**4300 Weaver Parkway**<br>**Suite 100**<br>**Warrenville, IL 60555** | - | | | | **2004**<br>**Payroll Costs** | | | | **296.40** |
| Account No. **52461**<br><br>**PELLA WINDOW & DOORS, INC.**<br>**112 Alexandra Way**<br>**Carol Stream, IL 60188** | - | | | | **2004**<br>**Building Material** | | | X | **40,371.11** |
| Account No.<br><br>**PETER & MARGARET NAGLE**<br>**6306 North Louise**<br>**Chicago, IL 60646** | - | | | | **05 M1 10583**<br>**Pending Lawsuit** | | X | X | **Unknown** |
| Account No. **17018883862**<br><br>**PITNEY BOWEES**<br>**2225 American Drive**<br>**Neenah, WI 54956-1005** | - | | | | **2004**<br>**Postage Machine Lease** | | | | **298.11** |

Sheet no. __**14**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **40,965.62**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **MOMAX, INC.** _____, Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1701 8883 86 2** <br><br> **PITNEY BOWES** <br> **P. O. Box 856390** <br> **Louisville, KY 40285-6390** | - | | **2004** <br> **Mail and Postage** | | | | 86.25 |
| Account No. **8000 9000 0546 0419** <br><br> **PITNEY BOWES** <br> **P. O. Box 856042** <br> **Louisville, KY 40285-6042** | - | | **2004** <br> **Postage** | | | | 269.11 |
| Account No. <br><br> **PLACE ASSOCIATES, INC.** <br> **3518 S. Sunnyside Avenue** <br> **Brookfield, IL 60513** | | | **2004** <br> **Architect Plans** | | | | 4,225.00 |
| Account No. <br><br> **RECOM RENOVATION** <br> **Andrzej Chonoszucho** <br> **3217 George Street** <br> **Franklin Park, IL 60131** | - | | **2004** <br> **Subcontractor** | | | X | 7,501.00 |
| Account No. <br><br> **REMODELERS SUPPLY CO.** <br> **2500 N. Pulaski Rd.** <br> **Chicago, IL 60639** | - | | **2004** <br> **Building Supplies** | | X | X | 119,988.78 |

Sheet no. __15__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  132,070.14

Form B6F - Cont.
(12/03)

In re    **MOMAX, INC.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**RENATA HEIBERG ARCHITECTS825 E. Ran<br>Suite 260<br>60004<br>Arlington Heights, IL 60004** | | - | | **2004<br>Architect Plans** | | | | **6,500.00** |
| Account No. **019051**<br><br>**RICHARDS BUILDING SUPPLY/ United Building Supply<br>4550 W. Belmont Avenue<br>Chicago, IL 60641** | | - | | **2004<br>Building Material** | | | | **6,273.79** |
| Account No.<br><br>**ROBERT & MONICA YOLLES<br>1235 Spruce Street<br>Winnetka, IL 60093** | | - | | **05 L 001161<br>Pending Lawsuit** | X | X | | **Unknown** |
| Account No. **771 509 0347819229**<br><br>**SAM'S CLUB<br>P. O. Box 4596<br>Carol Stream, IL 60197-4596** | | - | | **2004<br>Office Supplies** | | | | **3,325.81** |
| Account No.<br><br>**SCHULTZ INSURANCE<br>609 N. Lake Street<br>Box 864<br>Mundelein, IL 60060** | | - | | **2004<br>Insurance** | | | | **962.49** |

Sheet no. __**16**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **17,062.09**

Form B6F - Cont.
(12/03)

In re    **MOMAX, INC.**                                      ,        Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**SEGEL & SIEGEL**<br>**200 N. La Salle Street**<br>**Suite 2675**<br>**Chicago, IL 60601** | - | | **2004**<br>**Legal Services** | | | X | **10,973.84** |
| Account No. **05 M3-0226**<br><br>**SEIGLE'S, INC.**<br>**1331 Davis Rd.**<br>**Elgin, IL 60123** | - | | **2004**<br>**Building Materials** | | | X | **29,565.56** |
| Account No.<br><br>**SHAKEELA & FAHIM QURESHI**<br>**808 Plumwood Drive**<br>**Schaumburg, IL 60173** | - | | **05 CH 121**<br>**Pending Lawsuit** | X | X | | **Unknown** |
| Account No. **05 CH 121**<br><br>**SHAKEELA & FAHIM QURESHI**<br>**808 Plumwod Drive**<br>**Schaumburg, IL 60173-2239** | - | | | | | X | **Unknown** |
| Account No.<br><br>**SHELL OIL CO.**<br>**P. O. Box 183019**<br>**Columbus,, OH** | - | | **2004**<br>**Auto** | | | | **7,458.27** |

| Sheet no. __**17**__ of __**19**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **47,997.67** |
|---|---|---|

Form B6F - Cont.
(12/03)

In re    **MOMAX, INC.** ,    Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **847-291-6660**<br><br>**TDS**<br>**525 Junction Road**<br>**Suite 6000**<br>**Madison, WI 53717-2105** | - | | | | **2004**<br>**Telephone Usage** | | | X | **6,606.72** |
| Account No.<br><br>**TELEDATA COMMUNICATIONS**<br>**100 Engineers Road**<br>**Suite 200**<br>**Hauppauge, NY 11788** | - | | | | **2004**<br>**Telephone** | | | | **147.69** |
| Account No. **12231282**<br><br>**THE SERVICE SOURCE**<br>**P. O. Box 279**<br>**Adrian, MI 49221** | | | | | **2004**<br>**Postage** | | | | **23.49** |
| Account No. **04 m2-003387**<br><br>**TIM & TOBI STREVELL**<br>**Lake Zurich, IL 60047** | - | | | | | | | X | **Unknown** |
| Account No. **0600K0000692**<br><br>**TRANS UNION**<br>**333 S. Anita Drive**<br>**Suite 1000**<br>**Orange, CA 92868** | - | | | | **2004**<br>**Credit Processing** | | | | **185.20** |

Sheet no. __**18**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,963.10**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re    **MOMAX, INC.**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**UNIVERSAL PLUMBING & HEATING**<br>**816 Busse Highway**<br>**Park Ridge, IL 60068** | - | | 2004<br>Subcontractor | | | | 7,980.00 |
| Account No. **505396944**<br><br>**VERIZON WIRELESS**<br>**777 Big Timber Road**<br>**Elgin, IL 60123** | - | | 2004<br>Telephone | | | | 1,663.01 |
| Account No. **5966**<br><br>**VILLAGE OF ROSELLE**<br>**31 S. Prospect Street**<br>**Roselle, IL 60172-2097** | - | | 2004<br>Permit | | | | 100.00 |
| Account No.<br><br>**WASTE MANAGEMENT NORTH**<br>**P. O. Box 9001054**<br>**Louisville, KY 40290-1054** | - | | 2004<br>Dumpsters | | | | 1,012.75 |
| Account No. **5471 6442 4656 8373**<br><br>**WELLS FARGO**<br>**Payment Remittance Center**<br>**P. O. Box 54349**<br>**Los Angeles, CA 90054-0349** | - | | 2004<br>Line of Creddit | | | X | 86,547.28 |

Sheet no. __19__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 97,303.04 |
| Total<br>(Report on Summary of Schedules) | 3,546,579.69 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

## United States Bankruptcy Court
### Northern District of Illinois

In re   **MOMAX, INC.**

_____  Case No. _____

Debtor(s)                                    Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **5,000.00** |

2.  The source of the compensation paid to me was:

☐ Debtor      ■ Other (specify):      **Third party**

3.  The source of compensation to be paid to me is:

■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **August 22, 2005**
_____

**/s/ JOSEPH E. COHEN**
**JOSEPH E. COHEN**
**COHEN & KROL**
**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602**
**312-368-0300  Fax: 312-368-4559**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re     **MOMAX, INC.**
_____
                                    Debtor(s)

Case No. _____
Chapter     **7**     _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____     **143**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:     **August 22, 2005**
_____

**/s/ Fred W. Resnick**
_____
**Fred W. Resnick/President**
Signer/Title